IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Kidd, Loretta

Printed: 01/22/09

Case Number:  08 B 23368
Judge:  Wedoff, Eugene R
Filed:  9/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|   | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | United Auto Credit | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 1,600.00 | 0.00 |
| 3. | Chase Home Mortgage | Secured | 35,739.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 4,076.46 | 0.00 |
| 5. | California Service Bur | Unsecured | 14.60 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 178.13 | 0.00 |
|   |   |   | $ 41,608.19 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

